**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF ABATEMENT

Appellate case name:        Ex Parte Octavian Becciu v. The State of Texas

Appellate case number:     01-19-00800-CR

Trial court case number:    1799007A

Trial court:                County Criminal Court at Law No. 9 of Harris County

Appellant, Octavian Becciu, has filed an unopposed motion to extend the time for the trial court to enter written findings of fact and conclusions of law pursuant to this Court's prior order. According to appellant's motion, the trial court issued oral findings on the record, which appellant has requested the court reporter to prepare in order to assist the trial court in entering written findings of fact and conclusions of law. Appellant further represents that he has paid the court reporter to prepare the reporter's record, which should be completed within 10 days of the date he filed his motion. Appellant asks the Court to extend the trial court's deadline to enter written findings until 30 days after the reporter's record is filed. Finally, appellant represents that there is no opposition to his motion from the State or the visiting judge assigned to hear the case.

Accordingly, we **grant** appellant's motion. The court reporter is **ordered** to file a supplemental reporter's record with the trial court and the Clerk of this Court within 10 days of the date of this order. We **direct** the trial court to enter written findings of fact and conclusions of law in compliance with Texas Code of Criminal Procedure article 11.072, section 7(a), **within 30 days of the date the court reporter files the supplemental reporter's record *or* by January 31, 2020, whichever comes first.**

This appeal continues in abatement, is treated as a closed case, and is removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings of fact and conclusions of law are filed with the Clerk of this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion.

It is so ORDERED.


Judge's signature:  /s/  Evelyn V. Keyes
                    ☑ Acting individually     ☐ Acting for the Court


Date:   December 17, 2019